UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00350-FDW-DSC

| | |
|---|---|
| JAMES FEZZA AND KENNETH MAY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>XPRESS GROUP INC., GMMJ, INC., and )<br>JAMIL NASSER, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court on the Parties' Joint Motion for Approval of Settlement Agreement and Entry of an Order Dismissing Action with Prejudice (Docs. No. 17-18). The Court having considered the Motion, for good cause shown, it is hereby,

**ORDERED** that the Motion is **GRANTED**, and the action is DISMISSED WITH PREJUDICE.

The Clerk of Court is respectfully directed to close the case.

**IT IS SO ORDERED.**

Signed: April 5, 2016

_____
Frank D. Whitney
Chief United States District Judge