# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth May<br>James Fezza**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00350-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Jamil Nassar<br>GMMJ Inc.<br>Xpress Group Inc.**,**<br>Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 5, 2016 Order.

April 5, 2016

Frank G. Johns, Clerk
United States District Court